# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BENJAMIN TY BRIDGES

NO. 2025 KW 0918

**NOVEMBER 3, 2025**

---

In Re:    Benjamin Ty Bridges, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-04557.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** As a general matter, incarcerated indigents are entitled, of right, to free copies of transcripts of guilty plea colloquies, the bill of information, district court minutes for various portions of their trials, and documents committing them to custody. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094 (per curiam); see also **State v. Toney**, 2023-00961 (La. 1/10/24), 375 So.3d 963, 964 (per curiam). The proper procedural vehicle to seek a free copy of district court minutes is through a motion for production filed in the criminal proceedings. See **State ex rel. McKnight v. State**, 98-2258 (La. App. 1st Cir. 12/3/98), 742 So.2d 894, 895 (per curiam). There is no record of a properly filed motion for production of documents with an Order that is directed to the district court. Should relator elect to file a motion for production of documents in the district court, he may seek review with this court without the necessity of obtaining a return date, in the event the motion is denied by the district court.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT